UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV13-8540-CAS(PLAx) | Date | August 6, 2014 |
|---|---|---|---|
| Title | Suraj Kamath v. Robert Bosch LLC et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| R. Neal for C. JEANG | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** Order to Show Cause re Dismissal

On June 26, 2014 the Court issued a minute order (docket entry [33]) granting Defendants' Motion to Dismiss and granting Plaintiff leave to amend the complaint no later than July 25, 2014. As of the date of this order, no amended complaint has been filed.

Plaintiff is ordered to show cause in writing why this case should not be dismissed for lack of prosecution and failure to comply with the Court's order. Plaintiff's written response is to be filed on or before August 13, 2014. The Court will consider the filing of an amended complaint as an appropriate response this order to show cause.

| | 00 : 00 |
|---|---|
| Initials of Preparer | RGN/CMJ |