UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | **CIVIL MINUTES - GENERAL** | | JS-6 |
|---|---|---|---|
| Case No. | CV13-8540-CAS(JCGx) | Date | August 12, 2014 |
| Title | *SURAJ KAMATH, ETC. v. ROBERT BOSCH, LLC; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

The Court is in receipt of plaintiff's Response filed August 12, 2014, to this Court's August 6, 2014 Order to Show Cause. Based on plaintiff's response, the Court hereby dismisses the above-referenced action, without prejudice.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |